MARTIN RUSH v. KUHN, SMITH & HARRIS, INC. AND
FRAIOLI-BLUM-YESSELMAN AND PARTNERS.

October 4, 1984.

Petition for certification denied.   (See 193 *N.J.Super.* 389)

MARTIN RUSH v. KUHN, SMITH & HARRIS, INC.

October 4, 1984.

Petition for certification denied.   (See 193 *N.J.Super.* 389)

STATE OF NEW JERSEY, BY THE COMMISSIONER OF
TRANSPORTATION v. MICHAEL V. LAINO.

October 4, 1984.

Petition for certification denied.

THE PANTASOTE COMPANY v. CITY OF PASSAIC.

October 4, 1984.

Petition for certification granted.